UNITED STATES of America,
Plaintiff–Appellee,

v.

Quantrelle D. GREEN, Defendant–Appellant.

No. 06–12946
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 13, 2007.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

Mark Graham Hanson, counsel for Quantrelle Donte Green, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of

merit, counsel's motion to withdraw is **GRANTED,** and Green's conviction and sentence is **AFFIRMED.**